# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, § § § <br> *Plaintiff,* § <br> v. § § <br> ORON ZARUM, § § <br> *Defendant.* § | Civil Action No. 4:23-cv-00711 <br> Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 2, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #13) that Plaintiff Federal National Mortgage Association's Motion for Default Judgment (Dkt. #9) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Federal National Mortgage Association's Motion for Default Judgment (Dkt. #9) is hereby **GRANTED**. Plaintiff is awarded:

1) $2,141,819.76 in contract damages plus interest in the amount of $420.43 per day from May 1, 2024, until the date of the final judgment;

2) $257,585.30 in attorneys' fees;

3) post-judgment interest at the rate prescribed by 28 U.S.C. § 1961; and

4) costs to be taxed against the defendant in accordance with Federal Rule of Civil Procedure 54(d) and Local Rule CV-54.

**IT IS SO ORDERED**.

**SIGNED this 12th day of August, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE